JC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Julia Sanitiago Lopez,

Petitioner,

v.

John Cantu, et al.,

Respondents.

No. CV-26-00164-PHX-DWL (ASB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 on January 11, 2026, challenging her immigration detention at the Eloy Detention Center. (Doc. 1.) The Court ordered Respondents to show cause (Doc. 4), and Respondents responded on January 20, 2026. (Doc. 7.) A search of ICE's Online Detainee Locator System by Petitioner's name and A-number returned no matching records, and the Executive Office for Immigration Review's automated case information system returned no case information for her. The Court will therefore direct Respondents to file a status report on whether Petitioner remains in custody.

…

…

…

…

…

…

**IT IS ORDERED** that by **September 10, 2026**, Respondents shall file a status report addressing whether Petitioner remains in immigration custody. If Petitioner remains in custody, the status report shall also state whether Petitioner has received a bond hearing after the December 23, 2025 hearing challenged in the Petition.

Dated this 3rd day of September, 2026.

Dominic W. Lanza
United States District Judge