**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Julia Sanitiago Lopez,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-00164-PHX-DWL (ASB)

**ORDER**

On September 3, 2026, the Court ordered Respondents to file a status report by September 10, 2026 addressing whether Petitioner remains in immigration custody. (Doc. 8.) That deadline has now expired and Respondents failed to file the required status report.

**IT IS ORDERED** that by 3:00 pm on September 11, 2026, Respondents shall file the required status report or show cause why sanctions should not be imposed.

**IT IS FURTHER ORDERED** that the Clerk of Court must immediately transmit by email a copy of this Order to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, Mary Finlon at Mary.Finlon@usdoj.gov, and Brooks.Chupp@usdoj.gov.

Dated this 11th day of September, 2026.

Dominic W. Lanza
United States District Judge