**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Julia Sanitiago Lopez,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-00164-PHX-DWL (ASB)

**ORDER**

Petitioner filed this action under § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 4.) On September 11, 2026, Respondents filed a Status Update indicating Petitioner was removed from the United States on February 4, 2026. (Doc. 10.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed as moot**. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 11th day of September, 2026.

Dominic W. Lanza
United States District Judge